UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TERRY LEE CALLANDRET,

    Plaintiff,

    v.

KING COUNTY CORRECTIONAL FACILITY et al.,

    Defendants.

CASE NO. C05-329-RSM

ORDER

The Court, having reviewed the entire record, and the Report and Recommendation of the Honorable Monica J. Benton, United States Magistrate Judge, finds and Orders as follows:

(1)     The Court adopts the Report and Recommendation;

(2)     Plaintiff's Motion for Summary Judgment (Dkt. #39) is DENIED;

(3)     Defendants' Motion for Summary Judgment (Dkt. #37) is GRANTED and this action is DISMISSED with prejudice.

(4)     The Clerk is directed to send a copy of this Order to Plaintiff, counsel for defendants, and the Hon. Monica J. Benton.

DATED this _21_ day of February 2006.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 1